**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-7594**

---

ANTONIO LEMARC WHITE,

                                    Petitioner - Appellant,

          versus

UNITED STATES OF AMERICA,

                                    Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   James C. Fox, Senior
District Judge. (CA-02-769-5-FO)

---

Submitted:  February 23, 2004        Decided:  March 8, 2004

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Antonio LeMarc White, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antonio LeMarc White, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for the appointment of counsel and affirm on the reasoning of the district court. See White v. United States, No. CA-02-769-5-FO (E.D.N.C. Sept. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED